

FILED
FEB 0 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTIAN IVAN RUEDA BARRON, ET ) <br> AL. ) <br> ) <br> Defendants ) | 1:12 CR 0 0 0 4 0  LJO SKO <br><br> ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: 2/9/12          _____
                       U.S. MAGISTRATE JUDGE

3