BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

FEB 2 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-00040 |
| Plaintiff, ) | ORDER UNSEALING INDICTMENT |
| v. ) | |
| CHRISTIAN BARRON, et. al., ) | |
| Defendants. ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and are hereby unsealed.

DATED: __2/29__, 2012

_____
Honorable Gary S. Austin
U.S. Magistrate Judge

1