BENJAMIN B. WAGNER
United States Attorney
KTHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:12-cr-00040 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: July 22, 2013<br>Old Time: 8:30 a.m. |
| LUIS JAVIER FREGOSO, | ) ) ) ) | **New Date: Sep. 3, 2013**<br>**New Time: 8:30 a.m.**<br>**Court:     Four**<br>  (Hon. Lawrence J. O'Neill) |
| Defendant. | ) ) | |

   Defendant Luis Javier Gregoso pleaded guilty to count one, Conspiring to Distribute Methamphetamine.  Sentencing is currently set for July 22, 2013, at 8:30 a.m.

   Mr. Fregoso's plea agreement, sets forth various obligations. To allow additional time for Mr. Fregoso to fulfill his obligations under the plea agreement, the parties agree that there is good cause for a continuance and hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from July 22, 2013 to September 3, 2013, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court.  The

parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

```
                                        Respectfully submitted,

Dated:  July 16, 2013                   BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/Kathleen A. Servatius
                                        KATHLEEN A. SERVATIUS
                                        Assistant U.S. Attorney


Dated:  July 16, 2013                   /s/ Peter A. Leeming
                                        (authorized on 7/15/13)
                                        PETER A. LEEMING
                                        Attorney for Defendant
                                        Luis Javoer Fregoso
```

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from July 22, 2013 to September 3, 2013, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

```
Dated: July 17, 2013                    /s/ Lawrence J. O'Neill
                                        HON. LAWRENCE J. O'NEILL
                                        United States District Judge
```