HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LUIS JAVIER FREGOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>LUIS JAVIER FREGOSO,<br><br>          Defendant. | No. Cr. F 12-40 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, LUIS JAVIER FREGOSO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

    1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.     On September 3, 2013, this Court sentenced Mr. Fregoso to a term of 54 months imprisonment;

    3.     His total offense level was 31, his criminal history category was I, the resulting guideline range was 108 to 135 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

1        4.      The sentencing range applicable to Mr. Fregoso was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

2        5.      Mr. Fregoso's total offense level has been reduced from 31 to 29, his amended guideline range is 87 to 135 months, and a reduction comparable to the one received at the initial sentencing would produce a term of 43 months; and

3        6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Fregoso's term of imprisonment to a total term of 43 months.

Respectfully submitted,

| Dated: November 25, 2014 | Dated: November 25, 2014 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>LUIS JAVIER FREGOSO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Fregoso is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2013 is reduced to a term of 43 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1    Unless otherwise ordered, Mr. Fregoso shall report to the United States Probation Office
2 within seventy-two hours after his release.
3 IT IS SO ORDERED.
4    Dated:   **November 25, 2014**              **/s/ Lawrence J. O'Neill**
5                                              UNITED STATES DISTRICT JUDGE