AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:12-cr-00040-LJO-SKO   Document 132   Filed 12/10/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No:  1:12-CR-00040-002 LJO |
| LUIS JAVIER FREGOSO ) | |
| ) | USM No:  17142-111 |
| Date of Original Judgment:  September 3, 2013 ) | |
| Date of Previous Amended Judgment: ) | David M. Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    √ the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    √ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    54    months **is reduced to**    43 months.    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    9/6/2013    shall remain in effect.
**IT IS SO ORDERED**.

Date:  12/3/2014                                  /s/ Lawrence J. O'Neill,
                                                  *Judge's signature*

Effective Date:    11/1/2015                      Lawrence J. O'Neill, United States District Judge
*(if different from order date)*                  *Printed name and title*